IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kimberly Clark,                      Case No. 3:18 CV 11673

           Plaintiff,         ORDER RULING
                                        ON PRETRIAL MOTIONS
-vs-
                                        JUDGE JACK ZOUHARY
City of Center Line, et al.,

           Defendants.

This Court held a Record Phone Conference August 17, 2022. Counsel present: Kevin Riddle for Plaintiff; Jim Tamm for Defendants. (Court reporter: Diana Ziegelhofer.)

Defendant's Motion (Doc. 54) to vacate the October trial date is granted for good cause. Trial is now tentatively scheduled for the either **March 13, 2023 or March 21, 2023**. Mediation will scheduled for a day during the week of **October 17, 2022**. Counsel shall contact this Court with a proposed mediation date.

*  *  *

This Court also addressed several pretrial filings. Plaintiff's *Daubert* Motion (Doc. 50) is denied. Defendant's Motion in Limine (Doc. 49) is denied subject to reconsideration. With respect to Plaintiff's Motion in Limine (Doc. 48), this Court ruled as follows:

    A.   **Prior convictions:** Granted in part.

    B.   **Investigation into Plaintiff's son:** Granted in part.

    C.    **Jail phone calls:**  Granted subject to reconsideration.  Counsel shall identify which parts, if any, they wish to introduce.

    D.    **Jail Altercation:**  Granted.

    E.    **Officer Percha's Employment:**  Granted in part.

    F.    *Nolo Contendere* **Plea:**  Granted.

    G.    **Collateral Sources:**  Denied as moot.

    H.    **United States Life Table:**  Denied as moot.

See transcript for further details.

IT IS SO ORDERED.

                                                                s/ *Jack Zouhary*
                                                                 JACK ZOUHARY
                                                                 U. S. DISTRICT JUDGE

                                                                August 17, 2022